FILED 09 JUN 24 11:33 USDC-LAE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AMERICAN COMMERCIAL LINES LLC<br><br>    Plaintiff<br><br>versus<br><br>GULF SOUTH MARINE BROKERS, INC., ENERGY SHIPPING SPA, LIANA CARRIER LTD., WARTA SHIPPING, LTD., ZEGLUGA POLSKA, S.A., WISLA SHIPPING, LTD., POLSKA ZEGLUGA MORSKA (A/K/A POLISH STEAMSHIP COMPANY), KANDILOUSA SPECIAL MARITIME ENTERPRISES, MEGALONISSOS SPECIAL MARITIME ENTERPRISES, ATLAS TRADING AND SHIPPING, CV SCHEEP-VAARTONDERNEMING SLOTERGRACHT, REVELLE SHIPPING AGENCY, INC., DOWA LINE PANAMA, INC., FELICIDAD LINES CORPORATION, KIRBY INLAND MARINE, LP, and DIXIE OFFSHORE TRANSPORTATION COMPANY,<br><br>    Defendants | CIVIL ACTION NO. 09-4161<br><br>SECTION: SECT. B<br>JUDGE:<br>MAG.: MAG. 4 |

## LOCAL RULE 3.1 CERTIFICATE

In accordance with Local Rule 3.1, the above-referenced civil action arises out of the oil spill which is the subject of Civil Action No. 09-3657, which is entitled "American Commercial



{N2003016.1}

Lines LLC v. Belle Chasse Marine Transportation, Inc.," and Civil Action No. 09-3457 which is entitled "American Commercial Lines LLC v. Prince Rupert Shipping, Ltd., Hanjin Shipping Co., Ltd., Crescent Towing and Salvage Co., Inc., and Cooper/T. Smith Mooring Co., Inc.," Civil Action No. 09-3392 which is entitled "American Commercial Lines LLC v. Shell Trading (U.S.) Company, et al," Civil Action No. 08-4023 (I)(4) which is entitled "In the Matter of Whitefin Shipping Co., Ltd. and Laurin Maritime (America), Inc., as Owners and Managing Owners of the M/V TINTOMARA Petitioning for Exoneration from or Limitation of Liability," Civil Action No. 08-4046, which is entitled "In the Matter of American Commercial Lines LLC as Owner of Barge DM-932 Praying for Exoneration from or Limitation of Liability," Civil Action No. 08-4261, which is entitled "In the Matter of the Complaint of D.R.D. Towing Company, Inc., as owner pro hac vice of the M/V MEL OLIVER," and Civil Action No. 08-4600, which is entitled "In the Matter of American Commercial Lines LLC as Owner of the M/V MEL OLIVER Praying for Exoneration from or Limitation of Liability," and Civil Action No. 08-4007, which is entitled "Stephen M. Gabarick, et al. v. Laurin Maritime (America) Inc., et al." The foregoing cases are now pending before the Honorable Ivan L. R. Lemelle, Section B.

This 24th day of June, 2009.

Respectfully submitted,

/s/ Glenn G. Goodier
_____
GLENN G. GOODIER (#06130), T.A.
RICHARD D. BERTRAM (#17881)
LANCE M. SANNINO (#29409)
JONES, WALKER, WAECHTER,
POITEVENT CARRÈRE & DENÈGRE, L.L.P.
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:   (504) 582-8174; Fax: 582-8010
ggoodier@joneswalker.com
Attorneys for Plaintiff, American Commercial Lines LLC